| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Anderson, Jr., George R. | 2. Court or Organization<br><br>U. S. District Court, SC | 3. Date of Report<br><br>05/07/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Post Office Box 2147<br>Anderson, SC 29622 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairman Emeritus: Foundation Council | Anderson University |
| 2. Emeritus Member: Board of Visitors & Directors | Anderson University |
| 3. Honorary Member, Board of Directors | Anderson Area YMCA |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 12 A 9: 45 RECEIVED

Andersen Jr., George R.

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Charleston School of Law | May 15-17, 2009 | Charleston, SC | Recipient: Honorary Doctor of Laws Degree | 2 Nights Lodging |
| 2. | SC Association for Justice | December 3-5, 2009 | Atlanta, GA | Speaker | 2 Nights Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/07/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PROPERTY #1, ANDERSON, SC | | None | J | W | | | | | |
| 2. COMMUNITY FIRST BANCORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 3. SC STATE HOUSING AUTHORITY BOND (6.45%) | B | Interest | | | Redeemed (part) | 01/01/09 | J | A | |
| 4. | | | | | Redeemed | 07/01/09 | J | A | |
| 5. THE SOUTH FINANCIAL GROUP, INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. COMMUNITY CAPITAL CORP. COMMON STOCK (BELTON BANK) | A | Dividend | J | T | | | | | |
| 7. PROPERTY #2, ANDERSON, SC | | None | L | W | | | | | |
| 8. LEXINGTON CO. SC HOSPITAL BOND (5.125%) | C | Interest | K | T | | | | | |
| 9. BANK OF ANDERSON ACCOUNTS | A | Interest | M | T | | | | | |
| 10. GRANDSOUTH BANCORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. PEOPLES BANCORPORATION, INC. COMMON STOCK | | None | J | T | | | | | |
| 12. REGIONS FINANCIAL CORP. COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. SC PUBLIC SERVICE AUTHORITY BOND (5.125%) | D | Interest | | | Redeemed | 06/19/09 | M | | |
| 14. FLORENCE CO. HOSPITAL BOND (4.75%) | B | Interest | K | T | | | | | |
| 15. HORRY CO. HOSPITAL BOND (5.00%) | B | Interest | K | T | | | | | |
| 16. ORANGEBURG CO. SC BOND (5.70%) | D | Interest | M | T | | | | | |
| 17. MSSB* IRA #1 | A | Dividend | K | T | | | | | *Note 1, VIII |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - MSSB* FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | *Note 1, VIII |
| 19. - MSSB* DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | *Note 1, VIII |
| 20. MSSB* IRA #2 | A | Dividend | J | T | | | | | *Note 1, VIII |
| 21. - MSSB* FOCUS GROWTH FUND A MUTUAL FUND | | | | | | | | | *Note 1, VIII |
| 22. - MSSB* DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | *Note 1, VIII |
| 23. MANDATORY IRA DISTRIBUTION: MSSB* IRA #1 | | | | | | | | | *Notes 1 & 2, VIII |
| 24. MSSB* S&P 500 B FUND [MUTUAL FUND] | A | Dividend | K | T | | | | | *Note 1, VIII |
| 25. MSSB* S&P 500 A FUND [MUTUAL FUND] | A | Dividend | K | T | | | | | *Note 1, VIII |
| 26. MANDATORY IRA DISTRIBUTION: MSSB* IRA #2 | | | | | | | | | *Notes 1 & 3, VIII |
| 27. SC TRANSPORTATION INFRA-STRUCTURE BOND (5.375%) | D | Interest | | | Redeemed | 10/01/09 | N | | |
| 28. HILTON HEAD ISLAND SC GEN. OBL. BOND (5.50%) | B | Interest | | | Redeemed | 12/01/09 | K | | |
| 29. UNIVERSITY OF SC BOND (5.75%) | C | Interest | K | T | | | | | |
| 30. LEXINGTON CO. SC WATER & SEWER BOND (5.45%) | D | Interest | M | T | | | | | |
| 31. SC TRANSPORTATION INFRASTRUCTURE BOND (5.25%) | C | Interest | | | Redeemed | 10/01/09 | L | | |
| 32. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | D | Interest | M | T | | | | | |
| 33. SC PUBLIC SERVICE AUTH. BOND (5.125%) | B | Interest | | | Redeemed | 06/19/09 | L | | |
| 34. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | C | Interest | L | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | MSSB* AMERICAN GROWTH FUND OF AMERICA B MUTUAL FUND | A | Dividend | K | T | | | | | *Note 1, VIII |
| 36. | BEAUFORT-JASPER SC WATER & SEWER BOND (5.00%) | C | Interest | L | T | | | | | |
| 37. | SC STATE HOUSING DEVELOPMENT BOND (5.125%) | A | Interest | J | T | | | | | |
| 38. | SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | B | Interest | K | T | | | | | |
| 39. | SPARTANBURG CO. SC HOSPITAL BOND (5.25%) | D | Interest | M | T | | | | | |
| 40. | SC STATE PUB SVC AUTH SANTEE COOPER BOND (5.125%) | E | Interest | N | T | | | | | |
| 41. | SC TRANSPORTATION INFRASTRUCTURE BOND (5.10%) | D | Interest | M | T | | | | | |
| 42. | LEXINGTON CO. SC WATER & SEWER BOND (5.00%) | D | Interest | M | T | | | | | |
| 43. | SC PUB SVC AUTH SANTEE COOPER BOND (5.125%) | D | Interest | M | T | | | | | |
| 44. | VAN KAMPEN COMSTOCK B MUTUAL FUND | A | Divided | L | T | | | | | |
| 45. | GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 46. | GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 47. | SC TRANSPORTATION INFRA. BOND (5%) | C | Interest | L | T | | | | | |
| 48. | SC TRANSPORTATION INFRA. BOND (5.10%) | C | Interest | L | T | | | | | |
| 49. | SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 50. | GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | | | | | |
| 51. | GREENVILLE HOSPITAL SYSTEMS FACILITY REV. BOND (4.6%) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | K | T | | | | | |
| 53. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | | | | | |
| 54. SC STATE PUB SVC AUTH SANTEE COOPER BOND (4.75%) | B | Interest | K | T | | | | | |
| 55. SC STATE PUB SVC AUTH SANTEE COOPER BOND (4.75%) | C | Interest | L | T | | | | | |
| 56. BEAUFORT CO. SC TAX REVENUE BLUFFTON BOND (5.00%) | B | Interest | K | T | | | | | |
| 57. SC STATE PUB SVC AUTH SANTEE COOPER BOND 5.125 | B | Interest | K | T | | | | | |
| 58. MSSB* JP MORGAN MID CAP VALUE B FUND | A | Dividend | K | T | | | | | *Note 1, VIII |
| 59. COLLEGE OF CHARLESTON BOND (5%) | C | Interest | L | T | | | | | |
| 60. BERKELEY CO. SC WATER & SEWER BOND (5%) | B | Interest | K | T | | | | | |
| 61. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | C | Interest | L | T | | | | | |
| 62. MSSB* JP MORGAN MID CAP VALUE C FUND | B | Dividend | M | T | | | | | *Note 1, VIII |
| 63. MSSB* VAN KAMPEN COMSTOCK C FUND | B | Dividend | M | T | | | | | *Note 1, VIII |
| 64. INDEPENDENCE BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | |
| 65. MEDICAL UNIVERSITY SC HOSPITAL BOND (5.00%) | C | Interest | L | T | | | | | |
| 66. EASLEY SC UTILITY REV. BOND (4.50%) | C | Interest | L | T | | | | | |
| 67. UNIVERSITY OF SC BOND (4.25%) | C | Interest | L | T | | | | | |
| 68. UNIVERSITY OF SC BOND (4.25%) | D | Interest | M | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ANDERSON CO. MUN. WATER & SEWER BOND (5.00%) | A | Interest | J | T | | | | | |
| 70. COLUMBIA, SC WATER & SEWER BOND (5.00%) | B | Interest | K | T | | | | | |
| 71. SC JOBS ECON. DEV. AUTH. BOND (4.50%) | D | Interest | M | T | | | | | |
| 72. DORCHESTER CO COURTHOUSE BOND (4.60%) | D | Interest | M | T | | | | | |
| 73. SC PUB SVC AUTH SANTEE COOPER BOND (4.50%) | B | Interest | L | T | | | | | |
| 74. SC PUB SVC AUTH SANTEE COOPER BOND (4.75%) | C | Interest | L | T | | | | | |
| 75. MSSB* AMERICAN GROWTH FUND OF AMERICA C | A | Dividend | L | T | | | | | *Note I, VIII |
| 76. SCAGO EDU. COLLETON SCHOOL BOND (4.375%) | C | Interest | L | T | | | | | |
| 77. SCAGO EDU. COLLETON SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 78. HORRY CO. SC SCHOOL BOND (4.50%) | C | Interest | L | T | | | | | |
| 79. TOUCHMARK BANCSHARES, INC. COMMON STOCK | | None | J | T | | | | | Note #4, VIII |
| 80. LEXINGTON SC SCHOOL DISTRICT #2 BOND (4.75%) | D | Interest | M | T | | | | | |
| 81. SPARTANBURG SC REGIONAL HEALTH BOND (4.50%) | C | Interest | L | T | | | | | Note #5, VIII |
| 82. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | C | Interest | L | T | | | | | |
| 83. SC JOBS ECONOMIC DEV. AUTH. HOSP. BOND (4.50%) | D | Interest | M | T | | | | | |
| 84. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | C | Interest | L | T | | | | | |
| 85. BEAUFORT CO. SCHOOL BOND (5.00%) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. DORCHESTER CO. COURTHOUSE BOND (4.60%) | A | Interest | K | T | | | | | |
| 87. RICHLAND-LEXINGTON AIRPORT BOND (5.00%) | A | Interest | K | T | | | | | |
| 88. SC PUBLIC SERVICE AUTH. SANTEE COOPER BOND (5.125%) | A | Interest | | | Redeemed | 06/19/09 | K | A | |
| 89. SC STATE PUBLIC SERVICE AUTH. BOND (5.00%) | B | Interest | | | Redeemed | 06/19/09 | K | | |
| 90. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | B | Interest | K | T | | | | | |
| 91. UNIV. OF SC EDUCATION BOND (4.375%) | A | Interest | K | T | | | | | |
| 92. SC TRANSPORTATION INFRASTRUCTURE BOND (4.50%) | B | Interest | K | T | Buy | 02/17/09 | K | | |
| 93. SCAGO EDU. FAC. PICKENS CO. SCHOOL BOND (5.00%) | B | Interest | K | T | Buy | 06/26/09 | L | | |
| 94. SCAGO EDU. FAC. PICKENS CO. SCHOOL BOND (5.00%) | C | Interest | M | T | Buy | 06/26/09 | M | | |
| 95. SC JOBS ECONOMIC DEV. HOSPITAL BOND (5.00%) | B | Interest | L | T | Buy | 07/27/09 | M | | |
| 96. COLLEGE OF CHARLESTON EDU. FAC. BOND (4.50%) | | None | N | T | Buy | 10/07/09 | N | | |
| 97. MORGAN STANLEY BANK MONEY MARKET ACCOUNT (X) | A | Interest | J | T | | | | | Note 6, VIII |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Part VII, Lines 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 35, 58, 62, 63, 75: MSDW (Morgan Stanley Dean Witter) now MSSB (Morgan Stanley Smith Barney).

Note 2: Part VII, Line 23. No Mandatory Withdrawal for 2009. IRA income, value, and underlying investments listed in Part VII, Line 17.

Note 3: Part VII, Line 26. No Mandatory Withdrawal for 2009. IRA income, value, and underlying investments listed in Part VII, Line 20.

Note 4: Part VII, Line 79: Name Change from Touchstone Bancshares, Inc. to Touchmark Bancshares, Inc.

Note 5: Part VII, Line 81: Column C income incorrectly listed as M for 2008. Should have been L for 2008.

Note 6: Part VII, Line 97: Inadvertently omitted from 2008 Report.

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R. | 05/07/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544